ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

10 CRIM 465

UNITED STATES OF AMERICA            :    NOTICE OF INTENT TO
                                         FILE AN INFORMATION
          -v.-                       :

DOUGLAS SCOTT,                       :

               Defendant.            :

JUDGE SULLIVAN

- - - - - - - - - - - - - - - - - x

     Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          ~~April~~    ,2010
          May 7, 2010

                                    PREET BHARARA
                                    United States Attorney

                         By:    _____
                                JAMES J. PASTORE, JR.
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                         By:    _____
                                PEGGY M. CROSS, ESQ.
                                Attorney for DOUGLAS SCOTT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/10

Sullivan

WHEEL: A