**JUDGE SULLIVAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

      - v. -                         :     INFORMATION

DOUGLAS SCOTT,                      :     10 CRIM 465

      Defendant.                     :
- - - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

1. From at least in or about June 2009, up to and including in or about October 2009, in the Southern District of New York and elsewhere, DOUGLAS SCOTT, the defendant, unlawfully, willfully, and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution by means of false and fraudulent pretenses, representations, and promises, to wit, SCOTT opened a bank account into which he deposited stolen checks bearing forged endorsements, and from which SCOTT withdrew funds to which he was not entitled.

(Title 18, United States Code, Sections 1344 and 2.)

## FORFEITURE ALLEGATION

2.   As a result of committing the offense alleged in Count One of this Information, DOUGLAS SCOTT, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), a sum of money totaling $22,473.36, representing the property constituting or derived from proceeds obtained directly or indirectly as a result of the financial institution fraud offense alleged in Count One of this Information.

## SUBSTITUTE ASSET PROVISION

3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)   cannot be located upon the exercise of due diligence;

    (2)   has been transferred or sold to, or deposited with, a third person;

    (3)   has been placed beyond the jurisdiction of the Court;

    (4)   has been substantially diminished in value; or

    (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States

Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Sections 982, 1344; Title 21, United States Code, Section 853.)

*[signature: Preet Bharara]*

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DOUGLAS SCOTT,

Defendant.

INFORMATION

10 Cr.

(18 U.S.C. §§ 1344 and 2)

PREET BHARARA
United States Attorney.