UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      WAIVER OF INDICTMENT

    - v. -                          :      10 Cr.

DOUGLAS SCOTT,

           Defendant.
- - - - - - - - - - - - - - - - - - - -x

**10 CRIM 465**

        DOUGLAS SCOTT, the defendant, who is accused of violating Title 18, United States Code, Sections 1344 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DOUGLAS SCOTT
Defendant

_____
Witness

_____
PEGGY M. CROSS, ESQ.
Counsel for Defendant

Date:   New York, New York
       May 27, 2010

