UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/10
```

UNITED STATES OF AMERICA

-v-

DOUGLAS SCOTT

　　　　　　　Defendant

No. 10 Cr. 465 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

　　The Court is in receipt of a letter, dated June 24, 2010, from Pretrial Services, regarding Defendant's failure to comply with the conditions of his bail. IT IS HEREBY ORDERED that the parties shall appear for a bail review conference on Wednesday, June 30, 2010 at 10:00 a.m. in Courtroom 21C.

SO ORDERED.

Dated:　　　June 25, 2010
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE