```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA
                                      :
       -v.-                              ORDER OF FORFEITURE
                                      :
DOUGLAS SCOTT,                    10 Cr. 465 (RJS)
                                      :
          Defendant.
                                      :
- - - - - - - - - - - - - - - - - -x

        WHEREAS, on May 27, 2010, DOUGLAS SCOTT (the "defendant") was charged in a one-count Information, 10 Cr. 465 (RJS) (the "Information"), with bank fraud, in violation of 18 U.S.C. §§ 1344 and 2;

        WHEREAS, the Information included a forfeiture allegation providing notice that, as a result of the offense alleged in Count One of the Information, the defendant shall forfeit, pursuant to 18 U.S.C. § 982(a)(2)(B), a sum of money totaling $22,473.36, representing the property constituting or derived from proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Information;

        WHEREAS, on May 27, 2010, the defendant pled guilty to Count One of the Information pursuant to a plea agreement with the Government;

        WHEREAS, under the terms of the plea agreement, the defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United

States a sum of money equal to $22,473.36 in United States currency, representing property constituting or derived from proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Information; and

WHEREAS, on September 15, 2010, the defendant was sentenced and ordered to forfeit $22,473.36 in United States currency, representing the amount of proceeds obtained as a result of the offense charged in Count One of the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $22,473.36 shall be entered against the defendant, as part of his criminal sentence, for which he is liable.

2. Pursuant to Rule 32.2(b)(4)(A) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant and is deemed part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property,

including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
September 17, 2010

SO ORDERED:

HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE