UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DOUGLAS SCOTT

Defendant

---

No. 10 Cr. 465 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court entered judgment against Defendant Douglas Scott on September 15, 2010, and a Judgment and Commitment was entered on September 17, 2010. The Court writes to correct and clarify the restitution amount listed on page 5 of the Judgment and Commitment. Consistent with the ruling of the Court at sentencing, Defendant is HEREBY ORDERED to pay restitution in the amount of $22,473.36 to the individuals and entities named on page 5 of the Judgment and Commitment.

SO ORDERED.

Dated:     October 6, 2010
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE